THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187176
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    sharla.cerr@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ALVARO MARTINS, ) | No. SACV 00-0579 SH |
|     Plaintiff, ) | |
|     v. ) | **JUDGMENT FOR PLAINTIFF** |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security Administration, ) | |
|     Defendant. ) | |

    The Court having granted Defendant's motion to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

    DATE: March 23, 2009

/ s /
STEPHEN HILLMAN
UNITED STATES MAGISTRATE JUDGE